DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3695
FAX: (510) 637-3724
E-Mail: thomas.green@usdoj.gov

Attorneys for United States of America

**FILED**
MAY 31 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA LACEY,<br><br>Defendant. | No. 4-19-70843 MAG<br><br>**NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(C)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 30, 2019, the above-named defendant was arrested based upon an arrest warrant (see attached) issued upon on

☐ Indictment
☐ Information
☐ Criminal Complaint
☒ Other (describe): Failure To Appear For Initial Appearance For Traffic Citation

pending in the District of Nevada, Case Number 4026337/38-N10

In that case, defendant is charged with violation of 43CF12, 423.40(A), NRS 4840.125 – for Defective Stop Lamp and Revoked Driver's License.

////

1     Penalty: Maximum penalties of contempt of court finding, a $275 fine for a headlight
2 violation and a $525 fine for driving with a suspended license

5 DATED: May 31, 2019                         Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney

                                          /s/ Robert /for TRG
                                          _____
                                          THOMAS R. GREEN
                                          Assistant United States Attorney

28 NOTICE OF PROCEDURES ON OUT-OF-
DISTRICT CRIMINAL CHARGES
PURSUANT TO RULE 5(c)(2)
AND (3) OF THE FEDERAL RULES OF
CRIMINAL PROCEDURE

AO 442 (Rev. 11/11) Arrest Warrant

9929919

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
JOSHUA LACEY

Case No. 4026337/38-N10

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSHUA LACEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Defendant has failed to appear for his initial appearance and the citations remain unpaid.

Date: 10/26/2015

/s/ J. Ries
*Issuing officer's signature*

City and state: Las Vegas, NV

J. Ries, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____    _____ Arresting officer's signature |
|                         _____ Printed name and title |

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 17, 2015 while exercising my duties as a law enforcement officer in the _____ District of Nevada

I, Officer Haas (H-13) observed a white Honda bearing NV Tags (304AYZ) on NV SR 172 / 1.5mm with a defective brake light. I conducted a traffic stop and identified the driver as Lacey, Joshua by his NV DL (1703103801). A DMV Query through NPS Dispatch revealed Lacey's DL to be Revoked as of 3/1/15 for Administrative Per Se. Lacey advised he had recently been arrested for DUI but claimed to believe his license was still valid. Lacey was issued Citation 4026337 for Defective Stop Lamp ($275) and Citation 4027338 for Revoked Driver's License ($525).

VEH 101
NO AUDIO/VIDEO

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/17/2015    [signature]
    Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
    Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident

---

## United States District Court
### Violation Notice

CVB Location Code: N-10
Violation Number: 4026337
Officer Name (Print): HAAS, R
Officer No.: H-13

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/17/2015 1:20 pm
Offense Charged: ☐ CFR ☒ USC ☒ State Code 43CFR4.23 YOCA
Place of Offense: NV SR 172/1.5mm @ The Hoover Dam NPS 58410 12.5
Offense Description: Factual Basis for Charge: DEFECTIVE STOP LAMP (PASSENGER SIDE)

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: 702-905-0347
Last Name: LACEY
First Name: Joshua
M.I.: R
Street Address: [redacted]
D.L. State: NJ
Social Security: [redacted]
Date of Birth: [redacted]
Sex: ☒ Male ☐ Female  Adult ☐ Juvenile
Height: 5'9"  Weight: 155  Eyes: HAZ  Hair: BLK

### VEHICLE  CMV ☐
VIN: 2H6ES16544558023S
Tag No.: 304AYZ  State: NJ  Year: 01  Make/Model: HOND/ACC  PASS ☐  Color: WHT

☐ A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

☒ B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$250  Forfeiture Amount
+ $25  Processing Fee
PAY THIS AMOUNT → $275  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Inmate Detail Custody Information                                                                                         Page 1 of 1

